**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joan M. Buchter<br>Terry W. Buchter Sr.<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 15-12053 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2009-1, AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2009-1 and index same on the master mailing list.

                                                  Respectfully submitted,
                                                  **/s/ Rebecca A. Solarz, Esq**
                                                  Rebecca A Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322