**UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
      JOAN BUCHTER,     :     CHAPTER 13
      TERRY BUCHTER,    :
          Debtors,        :     BANKRUPTCY NO: 15-12053

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

      JOSEPH T. BAMBRICK, JR., ESQUIRE has filed with the Court on or about June 11, 2019, a Motion to Modify Chapter 13 Plan.

      **Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, **if** you have one **in** this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

      1.    If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before June 25, 2019 you or your attorney must do <u>all</u> of the following:

      (a)    file an answer explaining your position at:

          Clerk of Bankruptcy Court
          The Madison Building
          400 Washington Street
          Suite 300
          Reading, PA 19601

      If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

**Joseph T. Bambrick, Jr., Esquire
JOSEPH T. BAMBRICK, JR., ESQUIRE
529 Reading Avenue, Suite K
West Reading, PA 19611
Phone: 610-372-6400
Fax: 610-372-9483**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on Tuesday, July 23, 2019, at 11 AM, in Courtroom 1, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, Pennsylvania.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.


**Dated:** June 11, 2019                                            /s/Joseph Bambrick
                                                                          **Joseph T. Bambrick, Jr., Esq.**