**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | TERRY W. BUCHTER | : | Chapter 13 |
| | JOAN M. BUCHTER, | : | |
| | | : | |
| | Debtors | : | Bky. No. 15-12053 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 47) is **APPROVED**.

Date: **July 25, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE