United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-12053-pmm
Terry W. Buchter, Sr.                                           Chapter 13
Joan M. Buchter
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: PaulP              Page 1 of 2            Date Rcvd: Jun 18, 2020
                             Form ID: 138NEW          Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.

```
db/jdb      +Terry W. Buchter, Sr.,    Joan M. Buchter,    3527 Stoudts Ferry Bridge Road,
              Reading, PA 19605-1449
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
              Dallas, TX  75261-9741)
13496843     Autovest of Pennsylvania,    PO Box 2247,    Southfield, MI 48037-2247
13496844     Boscov's,    PO Box 17642,    Baltimore, MD 21297-1642
13496849     CTCE Cardmember Services,    PO Box 2858,    Omaha, NE 68103-2858
13496848     Convergent Healthcare Recoveries, Inc.,    PO Box 5435,    Dept. 0102,
              Carol Stream, IL 60197-5435
13496851     Diamond Credit Union,    PO Box 41769,    Philadelphia, PA 19101-1769
13496850    +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13496857     FMA Alliance, Ltd.,    PO Box 2409,    Houston, TX 77252-2409
13496856    +First Bankcard,    4885 S 118th Street, Suite 100,    Omaha, NE 68137-2241
13496858     Leading Edge Recovery Solutions,    544 N Cumberland Ave, Suite 300,    Chicago, IL 60656-1490
13496861     Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13496862     Nationstar Motgage,    PO Box 60516,    City of Industry, CA 91716-0516
13496863     Penny Mac Loan Services,    PO Box 535301,    Atlanta, GA 30353-5301
13496864    +Piccacle Financial Group,    7825 Washington Avenue S, Ste 310,    Minneapolis, MN 55439-2424
13496865    +Pinnacle Financial Group,    Dept 673,    PO Box 4115,    Concord, CA 94524-4115
13496869    +Reading Health System,    c/o Convergent Healthcare Recoveries Inc,
              121 NE Jefferson Street, Suite 100,    Peoria, IL 61602-1229
13578348    +Reading Health Systems,    c/o Convergent Healthcare Recoveries, In,    PO Box 1289,
              Peoria, IL 61654-1289
14299159    +Rebecca A. Solarz, Esquire c/o U.S. BANK NATIONAL,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
13496870     Recon Ortho Assoc.,    PO Box 757910,    Philadelphia, PA 19175-7910
13513562    +SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13496871     Santander Consumer USA,    PO Box 105255,    Atlanta, GA 30348-5255
13496872    +Sklar - Markind,    102 Browning Lane, Building B, Suite 1,    Cherry Hill, NJ 08003-3195
14373679    +U.S. Bank National Association et. al,,    c/o Nationstar Mortgage LLC,    d/b/a Mr. Cooper,
              P.O. Box 619096,    Dallas, TX 75261-9096
13496873     Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
13496874    +Wells Fargo Auto Finance,    Asset Recovery Management,    1310 NW Vivion Road,
              Kansas City, MO 64118-4553
13496875     Wells Fargo Auto Finance,    PO Box 29705,    Phoenix, AZ 85038-9705
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:26:45
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2020 04:26:57     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13496845    +E-mail/Text: notices@burt-law.com Jun 19 2020 04:27:15     Burton Neil & Associates, P.C.,
              1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
13496846    +E-mail/Text: cms-bk@cms-collect.com Jun 19 2020 04:26:23     Capital Management Services, LP,
              726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
13496854     E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:26:18     Discover Financial Services,
              PO Box 30943,    Salt Lake City, UT 84130-0943
13532923     E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:26:18     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13496852     E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:26:18     Discover Card,    PO Box 71084,
              Charlotte, NC 28272-1084
13496853     E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:26:18     Discover Financial Services,
              PO Box 6103,    Carol Stream, IL 60197-6103
13496855     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2020 04:26:28     Fashion Bug,
              PO Box 856021,    Louisville, KY 40285-6021
13496859     E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:19     Lowes/GEMB,    PO Box 530914,
              Atlanta, GA 30353-0914
13496866     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:31:23
              Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
13496867     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:31:23
              Portfolio Recovery Associates, LLC,    Disputes Dept.,    140 Corporate Boulevard,
              Norfolk, VA 23502
13496868     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:31:40
              Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
```

```
District/off: 0313-4               User: PaulP                  Page 2 of 2                   Date Rcvd: Jun 18, 2020
                                   Form ID: 138NEW              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13589094        +E-mail/Text: bncmail@w-legal.com Jun 19 2020 04:26:52      U.S. Bank National Association,
                 C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. BANK NATIONAL ASSOCIATION, as Trustee for
13496847         Capital One
13496860*       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
```
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Terry W. Buchter, Sr. NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Joan M. Buchter NO1JTB@juno.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Terry W. Buchter, Sr. and Joan M. Buchter

    Debtor(s)                                                 Bankruptcy No: 15−12053−pmm

                                                                      Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                  For The Court
                                                            Timothy B. McGrath
                                                            Clerk of Court

Dated: 6/18/20

                                                                                   54 − 53
                                                            Form 138_new