Certificate Number: 12433-PAE-DE-034682976

Bankruptcy Case Number: 15-12053



12433-PAE-DE-034682976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2020, at 1:08 o'clock PM EDT, Terry W. Buchter, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 20, 2020

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher